**HANRATTY LAW GROUP**
Kevin M. Hanratty, Esq.
State Bar of Nevada No. 007734
1815 Village Center Circle, Ste. 140
Las Vegas, Nevada 89134
Phone: (702) 821-1379
Facsimile: (702) 870-1846
Email: kevinh@lvinjurylawfirm.com

Attorneys for Plaintiff, Kimberly Cyr

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY CYR, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MID CENTURY INSURANCE COMPANY, and DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No: 2:15-cv-00040-JCM-NJK<br><br>**STIPULATION AND ORDER TO REMAND THE ACTION TO STATE COURT** |

IT IS HEREBY STIPULATED, by and between the Plaintiff, KIMBERLY CYR and Defendant, MID CENTRY INSURANCE COMPANY, by and through their respective counsel of record, that:

1. That the total in controversy, including any claim for breach of contract, breach of the covenant of good faith and fair dealing (bad faith), and Unfair Claims Practices Act (NRS 686A.310) including punitive damages for the claims of KIMBERLY CYR does not exceed $75,000.00.

2. That the amount in controversy does not exceed $75,000.00 for diversity jurisdiction in this case is not present.

3. That this case be remanded to the Clark County District Court, Case No: A-14-710681-C, in order to allow the Plaintiff, KIMBERLY CYR to pursue her claims in the originally filed State Court action.

1

| | |
|---|---|
| DATED: February 9th, 2015. | DATED: February 9th, 2015. |
| HANRATTY LAW GROUP | FELDMAN GRAF, P.C. |
| */s/ Kevin M. Hanratty, Esq.* <br> KEVIN M. HANRATTY, ESQ. <br> Nevada Bar No. 007734 <br> 1815 Village Center Circle, Suite 140 <br> Las Vegas, NV 89134 <br> Attorneys for Plaintiff <br> *KIMBERLY CRY* | */s/ David J. Feldman, Esq.* <br> DAVID J. FELDMAN, ESQ. <br> Nevada Bar No. 005947 <br> 8845 West Flamingo Road, Suite 210 <br> Las Vegas, NV 89147 <br> Attorneys for Defendant <br> *MID-CENTURY INSURANCE COMPANY* |

**IT IS SO ORDERED.**

DATED: February 13, 2015

_____
U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

HANRATTY LAW GROUP

*/s/ Kevin M. Hanratty, Esq.*
KEVIN M. HANRATTY, ESQ.
Nevada Bar No. 007734
1815 Village Center Circle, Suite 140
Las Vegas, NV 89134
Attorneys for Plaintiff
*KIMBERLY CYR*